The last motion is People v. Clifford Moore The last motion is People v. Clifford Moore The last motion is People v. Clifford Moore The last motion is People v. Clifford Moore I would like not to bore this Court with the facts, since you have heard them already this morning, but just to remind the Court that this case involved a shooting incident in which nobody was hurt, but in a housing project area in Metropolis, Illinois, where the Moore brothers walked down the street, Lonnie first, Clifford somewhat behind him. They were walking toward a Charlie's Hut, and on their way down Vienna Street towards 11th, they approached a home owned by Archida Davis. In that home was somebody with whom at least Lonnie Moore had some type of disagreement, and that person was Shane Doyle. There was a cluster of men, young men, around the Archida Davis home, and Mr. Doyle was there. Tempers got heated, and a shooting incident occurred. It was the jury's duty, the defendant recognizes, to weigh the evidence, and the jury did that, and in this case split the baby, as it were, finding that neither Lonnie nor my defendant, Clifford Moore, had committed an aggravated discharge of a firearm, but they found both men guilty of the possession charge. Nonetheless, and none... Was that on an accountability? No, it was not, Your Honor. As I stated in my brief, and if you look at pages 798 and page 800 in the common law record, and if you look at the charges in this case, Lonnie and Clifford were each charged as principals, and the prosecutor argued that each of them individually had a weapon. I think to put a fair light on what the prosecutor was arguing, I think the prosecutor was talking about one weapon, but that each of them separately had physical control over the weapon. So they were charged as principals, and Mr. Moore would maintain that the evidence of his possession of the weapon in this case was incredible, and one way to judge the credibility of the testimony in this case is to look at the purported victim in this case, Shane Doyle, and if you look at what Mr. Doyle testified to, you will see that his testimony is highly incredible. Mr. Doyle admittedly shot four times in this case. He was under charges of the time he testified. He had been charged with the activated discharge of the firearm and with reckless discharge of the firearm, and he chose, I should say, to claim self-defense, and this is how he explained to the jury his possession of a weapon. God sent me an angel, and who was that angelic figure? According to Shane Doyle, who is surrounded by people theoretically that he knew, he found someone in his backyard just as he needed to pick up a weapon and scare off the Moore brothers, who he, I guess, found scary. He found an angel in the person of a man loading a weapon, and it wasn't just any weapon. It was a semi-automatic weapon. Shane Doyle said to this man, he didn't even know his name, but he knew that this man knew one of his friends, Dante Humble. He said, just give me the gun. I'll scare people, and then I'll give it back to you. The man hands him the gun. He goes out front. He shoots at the Moores as the Moores are retreating, and he then goes back, hands the gun off. The gun is never seen again, and the man is never seen again. We don't know what his name is. Now, that indicates that anything Shane Doyle says is not anything other than self-serving, has no ring of truth to it. It's a completely incredible story. So when Shane Doyle places a gun in the hands of Lonnie Moore, it's a very hard, and describes it, if I may have this, it describes it as a revolver, that is not credible testimony, and should not be believed, and in fact, to at least a degree, the jury didn't seem to believe it. But it's not just the story that God sent me an angel that tells us that Shane Doyle was stretching the truth. It's that all the physical evidence at the scene indicates that only Shane Doyle was shooting a weapon. And although Lonnie and Clifford were acquitted of shooting a weapon, why is it important? It's important because the testimony at trial was that what was being shot from behind where the Moore brothers were standing, that the sounds that the other witnesses heard that sounded like gunshots came from a cat pistol, a toy gun. And the testimony at trial was that the gun was being shot because the only evidence of bullets being shot came from where Shane Doyle was standing. I thought there was evidence that there was some kick to the cat pistol. Well, there was one statement taken from the Moore's aunt, who when asked, did you see a gun, she said, well, when Lonnie shot supposedly the cat pistol, but when she saw Lonnie shoot, she demonstrated in a way that suggested there was a little kick. Now, that may have been a somewhat dramatic statement. She didn't say, I don't believe that she said that she saw him fly backwards or whatever. She made that gesture. We see it on television all the time, unfortunately. As far as I'm concerned, we see guns that are heavy that cause that kind of a kick, but that may have been a more dramatic gesture than not. Other than that, a lot of the other witnesses could not really see very much. Lonnie and Clifford's facts were to them. There was a lot of surmising, well, it must have been a gun, it was a rectangular object, whatever, but there's no real evidence. If they had been using a gun, there would have been some physical evidence. There were impact marks from Shane's gun. How can we explain that there were no impact points made by this purported gun that the Moores had? This story starts with Michael Pass, who the defendant's brother asked to go in to talk to Shane Doyle at Arkita Davis' house or in the backyard and tell him to come out because he wanted to fight. I think the terms were something about whipping an ass. Anyway, the point is these two brothers go to pick a fight with Shane Doyle. That begins the story. That is how the jury had to judge whether two brothers would go pick a fight while armed with a cap gun. The jury was perfectly reasonable to reject the defendant's brother's story about the cap gun. First off, that story was not told right off. It was invented later. Second, the defendant's brother didn't know how to load it, could not describe the caps and the cap pistol and the toy gun. He couldn't tell how it was loaded and it was never produced. The jury, looking at the circumstances as a whole, would the defendant and his brother arm themselves with a cap gun and go pick a fight with Shane Doyle? Not likely. On the other hand, the issue is did the defendant, Clifford, possess a weapon? Did he use it? Did he just possess it? There were several people who saw him in possession of the weapon. First, there was Shane Doyle, whose credibility was certainly impeached by the fact that he was involved in this shooting, too, and yet his bias and his interests were apparent. The jury did reject his testimony that Lonnie fired the weapon in his direction. They acquitted him and his brother of aggravated discharge of a firearm. That doesn't mean that they found that they didn't have a firearm or that Lonnie did not discharge the firearm. It just means they rejected the testimony that Lonnie fired it in Shane Doyle's direction. That was the element they rejected. Candace Riley was walking down to see what was going to happen. She was close to the defendant and his brother. She saw the brother pick the gun out of the defendant's waistband. She saw Lonnie wave it in the air. She identified it as a gun, not a cap pistol, but as a gun. She was certain that it was a gun. She did not see anybody fire it. She ran on past the brothers to seek out some safety. She could not say who actually fired that weapon. She did hear gunshots and she was certain they were gunshots because they were loud. Her sister, Crystal Riley, from a different perspective on that street, also saw Lonnie lift up Clifford's, that's the present defendant's, shirt and show the surrounding people the handle of that gun that was in the defendant's waistband. So that's the second person that identified the defendant as being in possession of that weapon. As I said, the jury was perfectly reasonable in accepting this as an actual revolver as Shane Doyle described it. Now Augusta Williams, who was the brother's aunt, she testified at trial that she never saw the weapon on the defendant's person, but she did see Lonnie with it and that she did see Lonnie shoot it. But she was also impeached with the fact that in her first statement to police, she basically said the same thing, that she saw Lonnie take the weapon from the defendant's waistband. So her testimony was that she, in fact, could have found the defendant guilty of possession of a weapon by default. All of the witnesses either could not see, had a limited view of what they were seeing, had some connection with the Doyles, didn't want to testify about anybody, over testified for whatever reason. You can go through them one by one and they're listed in detail in the briefs. But it's also noteworthy that Clifford himself had no gunshot residue when he was charged as a principal. Given all the facts, the facts of the changing story of the Riley sisters, who seemed to have some kind of parallel relationship with the Doyles findings about what Clifford was wearing that differed from what the police said he was wearing, that changed with time, that Candace never reported that Shane had a weapon, and she only saw Lonnie talking to Corey. She never saw any of the other people around. The fact that while some people saw as many as ten people, Candace only saw one. I mean, you can go through one by one and pick, and maybe one or two of these instances of difference might be called shading or collateral. On the whole, though, the differences among the key points is to who had a weapon, how many people were around, who was menacing whom. To quote the author, Walter, mostly, and not to quote him, really to paraphrase him, he would forgive me, but I would say that in this case that the Moors were always outnumbered and always outgunned. I don't think there was, I think there was sufficient evidence here or sufficient doubt placed as to whether there was a real gun in the hands of either Lonnie or Clifford, but especially Clifford, that I think that it would stretch the gullibility of the prejudice in this case to find that Clifford Moore was guilty and ask that this court reverse his conviction. Thank you.